# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.12.19 10:50 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.11.15 09:05 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.11.14 15:02 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.11.11 14:21 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.11.07 11:16 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.11.01 17:14 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.10.29 10:14 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.10.11 10:57 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.10.07 19:05 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.09.27 16:17 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.09.24 09:51 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.09.19 12:38 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.09.17 12:09 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.08.28 17:23 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.08.20 09:47 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.08.05 10:06 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.08.01 16:40 |
| TOLL FREE CALL(8664663147) | Audio | ☎ | 2405122049 | 2013.07.30 17:05 |

| | | | | |
|---|---|---|---|---|
| TOLL FREE CALL(8664663147) | Audio | ☏ | 2405122049 | 2013.07.26 10:33 |
| TOLL FREE CALL(8664663147) | Audio | ☏ | 2405122049 | 2013.07.25 11:15 |
| TOLL FREE CALL(8664663147) | Audio | ☏ | 2405122049 | 2013.07.23 12:06 |
| TOLL FREE CALL(8664663147) | Audio | ☏ | 2405122049 | 2013.07.18 16:37 |
| TOLL FREE CALL(8664663147) | Audio | ☏ | 2405122049 | 2013.07.18 16:54 |
| TOLL FREE CALL(8664663147) | Audio | ☏ | 2405122049 | 2013.07.16 09:06 |

| | | | | |
|---|---|---|---|---|
| TOLL FREE CALL(8664663147) | Audio | ☏ | 2405122049 | 2013.07.12 17:12 |
| TOLL FREE CALL(8664663147) | Audio | ☏ | 2405122049 | 2013.07.10 20:32 |
| TOLL FREE CALL(8664663147) | Audio | ☏ | 2405122049 | 2013.07.09 10:28 |
| TOLL FREE CALL(8664663147) | Audio | ☏ | 2405122049 | 2013.07.08 09:09 |
| TOLL FREE CALL(8664663147) | Audio | ☏ | 2405122049 | 2013.07.05 11:25 |
| TOLL FREE CALL(8664663147) | Audio | ☏ | 2405122049 | 2013.07.05 16:42 |

| | | | | |
|---|---|---|---|---|
| TOLL FREE CALL(8664663147) | Audio | ☏ | 2405122049 | 2013.06.27 11:20 |
| TOLL FREE CALL(8664663147) | Audio | ☏ | 2405122049 | 2013.06.26 15:42 |
| Anonymous/anon | Audio | ☏ | 2405122049 | 2013.06.26 11:03 |
| Anonymous/anon | Audio | ☏ | 2405122049 | 2013.06.24 14:57 |
| Anonymous/anon | Audio | ☏ | 2405122049 | 2013.06.24 14:45 |
| Anonymous/anon | Audio | ☏ | 2405122049 | 2013.06.22 12:17 |