# Exhibit C

# UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| FELIX NIETO, | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) Case No. 1:13-cv-03495-CCB ) Hon. Catherine C. Blake |
| ALLIED INTERSTATE, INC., *Defendant.* | ) ) ) ) ) |

## AFFIDAVIT OF CHARLES AKINS, JR.

I, Charles Akins, Jr., declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1.  At the present time, I am employed by iQor Holdings US Inc., a company related to Allied Interstate LLC, formerly known as Allied Interstate, Inc. (collectively "Allied Interstate"), where my title is Vice President of Operations. Allied Interstate at times engages in debt collection activities.

2.  I submit this Affidavit in support of Allied Interstate's Motion for Summary Judgment in the action *Felix Nieto v. Allied Interstate, Inc.*, Case No. 1:13-cv-03495-CCB, in the United States District Court for the District of Maryland.

3.  Based on my experience with Allied Interstate, I have developed personal knowledge of the processes by which and equipment through which Allied Interstate initiates telephone calls in support of its collections activity.

4.    Based on my experience with Allied Interstate, I have developed personal knowledge of the facts associated with the processes by which and equipment through which Allied Interstate initiated telephone calls to the telephone number ending with -2049 that is at issue in this litigation between the dates of July 5, 2013 and November 19, 2013.

5.    With respect to telephone calls that Allied Interstate initiated to the telephone number ending with -2049 that is at issue in this litigation between the dates of July 5, 2013 and November 19, 2013, these telephone calls were initiated in connection with one particular collections account that was affiliated with a debtor with initials "H.T.."

6.    With respect to telephone calls that Allied Interstate initiated to the telephone number ending with -2049 that is at issue in this litigation between the dates of July 5, 2013 and November 19, 2013, Allied Interstate never left any recorded messages for the recipient of the calls.  If an answering machine or voicemail service was detected, the call automatically was dropped and disposition code "CPMACHINE" was entered on the call log in Allied Interstate's customer relationship management software.

7.    Allied Interstate's technology platform creates audio recordings of telephone calls if a human connection is detected on the other end of the line.

8.    Allied Interstate commonly uses commercially available databases, including LexisNexis and Intelius commercial databases, to identify possible telephone numbers for debtors and to determine if those telephone numbers are assigned to a landline or to a cellular service.

9.    The LexisNexis and Intelius databases each indicate that the telephone number ending with -2049 that is at issue in this litigation is currently assigned to a landline.

- 2 -

10.   At no time between July 5, 2013 and November 19, 2013 did Allied Interstate use an artificial or prerecorded voice to call the telephone number ending with -2049 that is at issue in this litigation.

11.   I make this affidavit of my own personal knowledge and could, if called as a witness, testify competently to each fact set forth herein.


I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Tempe, Arizona on May 12, 2014.

_____
Charles Akins, Jr.