# Exhibit D

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| FELIX NIETO, | ) |
| *Plaintiff,* | ) |
| | ) Case No. 1:13-cv-03495-CCB |
| v. | ) Hon. Catherine C. Blake |
| ALLIED INTERSTATE, INC., | ) |
| *Defendant.* | ) |

## AFFIDAVIT OF RICHARD TEMPLE

I, Richard Temple, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1. At the present time, I am employed by iQor Holdings US Inc., a company related to Allied Interstate LLC, formerly known as Allied Interstate, Inc. (collectively "Allied Interstate"), where my title is Senior Vice President of Telephony. Allied Interstate at times engages in debt collection activities.

2. I submit this Affidavit in support of Allied Interstate's Motion for Summary Judgment in the action *Felix Nieto v. Allied Interstate, Inc.*, Case No. 1:13-cv-03495-CCB, in the United States District Court for the District of Maryland.

3. Based on my experience with Allied Interstate, I have developed personal knowledge of the processes by which and equipment through which Allied Interstate initiates telephone calls in support of its collections activity.

4. Based on my experience with Allied Interstate, I have developed personal knowledge of the facts associated with the processes by which and equipment through which Allied Interstate

- 2 -

initiated telephone calls to the telephone number ending with -2049 that is at issue in this litigation between the dates of July 5, 2013 and November 19, 2013.

5. Telephone numbers dialed by Allied Interstate in its calling operations are not generated by a computer system, but rather are listed in the underlying client file.

6. The dialing equipment that Allied Interstate uses in its calling operations does not have the capacity to store or produce telephone numbers to be called using a random number generator.

7. The dialing equipment that Allied Interstate uses in its calling operations does not have the capacity to store or produce telephone numbers to be called using a sequential number generator.

8. At no time between July 5, 2013 and November 19, 2013 did Defendant use dialing equipment that has the capacity to store or produce telephone numbers to be called using a random or sequential number generator to call the telephone number ending with -2049 that is at issue in this litigation.

9. I make this affidavit of my own personal knowledge and could, if called as a witness, testify competently to each fact set forth herein.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Parsippany, New Jersey on May 12, 2014.

*/s/ Richard Temple*
_____
Richard Temple