# Exhibit E



ALLIED 00061