

ALLIED 00002