

ALLIED 00060